IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JAMES L. MCDANIEL and DEBI L. MCDANIEL,  Plaintiff, v. INTERNAL REVENUE SERVICE  Defendant. | Civil No. 4:10-cv-00045-SWW |

**MOTION FOR EXTENSION**

Defendant, the United States (improperly named the Internal Revenue Service), files this motion for an extension of time until Tuesday, March 2, 2010, within which the United States may serve its response to the complaint filed by Plaintiffs, James and Debi McDaniel, in the above-captioned case. In support of this motion, the United States submits the following:

On December 30, 2009, Plaintiffs filed a Complaint in the Circuit Court of the Sixth Judicial District of Arkansas, Pulaski County. The United States Attorney for the Eastern District of Arkansas received a copy of the Complaint on January 4, 2010. On January 25, 2010, the United States timely removed the above-titled action to this Court by filing a Notice of Removal.

There is an inconsistency between Federal Rule of Civil Procedure 12 and 81 regarding the time period within which the United States must file a response to the Complaint. Under Fed. R. Civ. P. 12(a)(2), the United States or a United States agency must serve an answer to a complaint within sixty (60) days after service on the United States Attorney, in this case, by

Tuesday, March 2, 2010. However, Fed. R. Civ. P. 81(c) requires a defendant to respond to a complaint within seven (7) days after the notice of removal is filed. In light of this inconsistency, the United States requests this Court grant the United States an extension of time consistent with Fed. R. Civ. P. 12(a)(2), or until Tuesday, March 2, 2010.

Furthermore, the United States requests this extension of time in order to confer with the IRS regarding the defense of this matter and to allow the United States to prepare a meaningful response to the Complaint.

Pursuant to Local Rule of Civil Procedure 6.2, Plaintiffs have been contacted with regard to this Motion. Plaintiffs oppose this request for an extension.

**WHEREFORE**, the United States respectfully requests that it be granted until Tuesday March 2, 2010 to respond to Plaintiffs' Complaint.

Dated: January 28, 2010

    Respectfully Submitted,

    JANE W. DUKE
    United States Attorney

      s/Natalie Sexsmith
    NATALIE T. SEXSMITH
    NJ Bar #: 037132006
    U.S. Department of Justice, Tax Division
    P.O. Box 7238, Ben Franklin Station
    Washington, D.C.  20044
    Telephone: (202) 307-2251
    Fax: (202) 514-6770
    Email: Natalie.T.Sexsmith@usdoj.gov

## CERTIFICATE OF SERVICE

   IT IS HEREBY CERTIFIED that service of the foregoing Notice of Filing Notice of

Removal has been made upon the following by depositing a copy in the United States mail,

postage prepaid, this 28th day of January, 2010.

       James L. and Debi L. McDaniel
       737 Trevino Drive
       Maumelle, AR 72113


                                                            s/Natalie Sexsmith
                                               NATALIE T. SEXSMITH
                                               NJ Bar #: 037132006
                                               Trial Attorney, Tax Division
                                               U.S. Department of Justice
                                               Post Office Box 7238
                                               Ben Franklin Station
                                               Washington, D.C.  20044
                                               Telephone: (202) 307-2251
                                               Fax: (202) 514-6770
                                               Email: Natalie.T.Sexsmith@usdoj.gov