# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JAMES L. McDANIEL AND DEBI L.      *
McDANIEL                                    *
                                         *
          Plaintiffs          *                NO: 4:10CV00045   SWW
                                         *
V.                                        *
                                       *
INTERNAL REVENUE SERVICE      *
                                     *

## JUDGMENT

Consistent with the Order that was entered on this day,  it is CONSIDERED, ORDERED,

and  ADJUDGED  that this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 6TH DAY OF APRIL, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE